1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11

CHRISTOPHER MONTOYA,                    No.  2:23-CV-2017-DMC-P

12

            Petitioner,

13

    v.                                                  <u>ORDER</u>

14

WARDEN,

15

            Respondent.

16
17

        Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of

18

habeas corpus under 28 U.S.C. § 2241.  Petitioner has not filed a complete application to proceed

19

in forma pauperis or paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Petitioner

20

will be provided the opportunity to submit either a completed application to proceed in forma

21

pauperis, with the required certification, or pay the appropriate filing fee.  As to the certification

22

requirement, while a copy of Petitioner's prison trust account statement certified by prison

23

officials is not required to satisfy the requirement, such a statement will suffice.  Petitioner is

24

warned that failure to comply with this order may result in the dismissal of this action for lack of

25

prosecution and failure to comply with court rules and orders.  <u>See</u> Local Rule 110.

26

/ / /

27

/ / /

28

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1.     Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis or pay the appropriate filing fee; and

2.     The Clerk of the Court is directed to send Petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  November 2, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE